469 A.2d 310

Commonwealth v. Thomas, Appellant.

Submitted September 23, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

The order of July 30, 1982 is affirmed.